DEFENDANT: HECTOR DE LEON-RAMIREZ
CASE NUMBER: 7:15CR01184-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18 months.</u>

FEB 1 0 2016

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __12-31-15__ to __BSC__

at __Big Spring, TX__, with a certified copy of this judgment.

                                            _John C. Oliver_____
                                            UNITED STATES MARSHAL

                By                          _____
                                            DEPUTY UNITED STATES MARSHAL